# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**Jose Luis Castillo,**<br><br>                              **Debtor.** | **Bankruptcy Case<br>No. 18-40992-JMM** |

### Notice of Conditional Closure Without Discharge

On January 18, 2019, the clerk informed Debtor that he needed to file a statement of completion of the financial management course, pursuant to § 727(a)(11), in order to receive a discharge.  Dkt. No. 15.  A second notice was issued on February 28, 2019.  Dkt. No. 17.  On June 3, 2019, the case administrator made a docket entry requesting Debtor's counsel to provide an update on the financial management course certification.  Dkt. No. 19.  Finally, on September 19, 2019, counsel for Debtor filed a Notice of Non-Completion, informing the Court that the Debtor had passed away, and thus could not complete the course.  Dkt. No 20.

Thereafter, an entry on the docket requested that Debtor's counsel submit a proposed order waiving the financial management course requirement and stating the cause for the requested waiver.  The order due date was November 4, 2019.  Debtor's counsel has failed to act.

ORDER−1

Accordingly, upon consideration of the above, *the Court gives Debtor's counsel notice that, unless Debtor's counsel files the requested proposed order waiving the financial management course requirement and stating just cause, this case will be closed <u>without Debtor receiving a discharge</u>*.

Debtor's counsel has until **Friday, December 6, 2019,** in which to file the required order or this case will be closed and the Debtor will not receive a discharge.

DATED: November 15, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER−2